UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

THOMAS WAYNE WILSON,　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　　　　　　　CIVIL ACTION NO. 5:23-cv-00122-LLK (E-FILED)

KILOLO KIJAKAZI,
ACTING COMMISSIONER
OF SOCIAL SECURITY　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

November 16, 2023

**Lanny King, Magistrate Judge
United States District Court**

2

TENDERED BY:

Chad M. Muir
Special Assistant United States Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: (816) 936-5772
Email: Chad.Muir@ssa.gov